```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 10914
     CHELESTEN L MITCHELL
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-3358


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was confirmed 08/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED           321.12           .00           .00
ASSET ACCEPTANCE CORP      UNSECURED           234.89           .00           .00
SOUTHEAST ANESTHESIA       UNSECURED        NOT FILED           .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
HAMMOND RADIOLOGIST        UNSECURED           363.00           .00           .00
RIVER AUTO GROUP LTD       UNSECURED          3695.90           .00           .00
ST MARGARET MERCY HOSPIT   UNSECURED        NOT FILED           .00           .00
EMERGENCY ROOM PHYSICIAN   UNSECURED        NOT FILED           .00           .00
CRANDON EMERGENCY PHYSIC   UNSECURED        NOT FILED           .00           .00
ISAC                       SPECIAL CLASS      2122.11           .00           .00
NELNET                     SPECIAL CLASS   NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED              .00           .00           .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED           .00           .00
TCF BANK                   UNSECURED        NOT FILED           .00           .00
CELLERS WILLIAMS           NOTICE ONLY     NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1046.65           .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          1478.61           .00           .00
CINGULAR                   UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          3670.00           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,474.00                      270.48
TOM VAUGHN                 TRUSTEE                                          23.52
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              294.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10914 CHELESTEN L MITCHELL
```

```
ADMINISTRATIVE                                                   270.48
TRUSTEE COMPENSATION                                              23.52
DEBTOR REFUND                                                       .00
                                          ---------------  ---------------
TOTALS                                            294.00           294.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE